FILED'08 MAR 17 08:26 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GERALD A. MCGUIGAN,

        Plaintiff,

   vs.

GUY HALL,

        Defendants.

O R D E R
Civ. No. 04-1867-TC

AIKEN, Judge:

    Magistrate Judge Coffin filed his Findings and Recommendation on January 4, 2008. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When a party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a de novo determination of that portion of the Magistrate's report. 28 U.S.C. § 636(b)(1)(B); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

    Petitioner has timely filed objections. I have, therefore, given the file of this case a de novo review. I ADOPT the Magistrate's Findings and Recommendation (doc. 71) that petitioner's Amended Petition for Writ of Habeas Corpus (doc. 32)

1 - ORDER

is denied. This case is dismissed.

IT IS SO ORDERED.

Dated this 12 day of March 2008

                                                  _____
                                                        Ann Aiken
                                          United States District Judge

2 - ORDER